OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking                              450 Golden Gate Avenue
        Clerk                                   San Francisco, CA 94102
                                                        415.522.2000

October 1st, 2007

New York Eastern District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201-1818

    Re:    MDL 07-1826 In re Graphics Processing Units Antitrust Litigation

<u>Title of Case(s)</u>                              <u>Your Case Number(s)</u>
*Zhi Yuan Chiu -v- Nvidia Corp., et al.*           C.A. No. 07-1016

Dear Clerk:

    Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable William H. Alsup for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

    Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Simone Voltz

    If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to Sfmdl_clerk@cand.uscourts.gov, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*Simone Voltz*

By: Simone Voltz
Deputy Clerk

Encl.